UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLAYTON STULTZ,

                Petitioner,                              **JUDGMENT**
                                                                      04-CV-3170 (RRM)

    - against -

DALE ARTUS,

                Respondent.
-----------------------------------------------------------X

       A Memorandum and Order having been filed this day, denying the petition for a writ of habeas corpus, and directing the Clerk of Court to dismiss the petition, enter judgment accordingly and close this case, it is

       ORDERED AND ADJUDGED that petitioner take nothing of respondent; and that the petition for a writ of habeas corpus is dismissed, and that this case is hereby closed.


Dated: Brooklyn, New York
          March 8, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge